AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| SARAH JESSICA ROMERO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    SA-26-CV-02156-FB |
| EXPERIAN INFORMATION SOLUTIONS, INC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Experian Information Solutions, Inc.                                                              .

Date:      06/18/2026

/s/ Lauren Kuehn Pelletier
*Attorney's signature*

Lauren Kuehn Pelletier, 5581160
*Printed name and bar number*

620 8th Ave.
New York, NY 10018
*Address*

LPelletier@goodwinlaw.com
*E-mail address*

(212) 459-7492
*Telephone number*

(212) 355-3333
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026 I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Lauren Kuehn Pelletier*
Lauren Kuehn Pelletier