**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

SARAH JESSICA ROMERO

vs.                                                         Case No.:  SA-26-CV-02156-FB

EQUIFAX INFORMATION SOLUTIONS INC

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Samantha L. Jandl                                        , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Experian Information Solutions, Inc.             in this case, and

would respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm (or practices under the name of)
        Goodwin Procter LLP                                        with offices at:

        Mailing address:  100 Northern Avenue

        City, State, Zip Code:  Boston, MA 02210

        Telephone:  617-570-1066                    Facsimile:  617-523-1231

2.      Since  November 15, 2022                    , Applicant has been and presently is a

        member of and in good standing with the Bar of the State of  Massachusetts          .

        Applicant's bar license number is  711263                                          .

3.      Applicant has been admitted to practice before the following courts:

        Court:                                      Admission date:

        District of Massachusetts                   February 20, 2024

4.     Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.     I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.     Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.     Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:  Lauren Kuehn Pelletier

Mailing address:  620 8th Ave.

City, State, Zip Code:  New York, NY 10018

Telephone:  212-459-7492

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Samantha L. Jandl to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Samantha L. Jandl
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 18 day of June ,2026.

Samantha L. Jandl
[printed name of Applicant]

[signature of Applicant]