**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| Sarah Jessica Romero, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 5:26-cv-02156-FB |
| Experian Information Solutions, Inc.; et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule AT-3, Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Tatum Lowe Kowalski as counsel for Experian in this action and in support states as follows:

1. On April 20, 2026, Tatum Lowe Kowalski of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On June 18, 2026, Lauren Kuehn Pelletier, of the law firm Goodwin Procter LLP entered an appearance in this matter. Her contact information is as follows: Lauren Kuehn Pelletier, 620 8th Ave., New York NY 10018; 214-459-7492; LPelletier@goodwinlaw.com.

3. Goodwin Procter LLP will represent Experian in this matter going forward. Accordingly, the withdrawal of Tatum Lowe Kowalski will not delay the adjudication of this matter or otherwise prejudice any party.

4. Experian consents to this request. Plaintiff has consented to this request.

Experian respectfully requests that the Court grant an Order withdrawing Tatum Lowe Kowalski as counsel for Experian in this matter.

Dated:  June 23, 2026                    Respectfully submitted,


                                         */s/ Tatum Lowe Kowalski*

                                         JONES DAY
                                         Tatum Lowe Kowalski, Bar No. 24131471
                                         2727 N. Harwood St.
                                         Dallas, TX 75201
                                         Telephone:     214.969.4808
                                         Email: tkowalski@jonesday.com

                                         *Attorney for Defendant*
                                         *Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to all counsel of record.

*/s/ Tatum Lowe Kowalski*
Tatum Lowe Kowalski

*Attorney for Defendant*
*Experian Information Solutions, Inc.*