**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SARAH JESSICA ROMERO,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:26-CV-02156-FB-HJB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul W. Sheldon of the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. hereby enters his appearance on behalf of Defendants Trans Union LLC. in connection with this lawsuit. The undersigned certifies that he is admitted to practice in this Court.

Respectfully submitted,

/s/ Paul W. Sheldon
Paul W. Sheldon
Texas State Bar No. 18191480
psheldon@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Pkwy, Ste 440
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

1

10160341.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June 2026 I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Hans W. Lodge
hlodge@bergermontague.com
Berger Montague, PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
(612) 607-7794
(612) 584-4470 Fax
***Counsel for Plaintiff***


Jennifer R. Brooks
jrbrooks@seyfarth.com
Seyfarth Shaw LLP
2323 Ross Avenue, Suite 1660
Dallas, TX 75201
(469) 608-6730
***Counsel for Equifax Information Services LLC***

Samantha L. Jandl
sjandl@goodwinlaw.com
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1066
(617) 523-1231 Fax
and
Lauren Kuehn Pelletier
LPelletier@goodwinlaw.com
Goodwin Procter LLP
620 8th Avenue
New York, NY 10018
(212) 459-7492
***Counsel for Experian Information Solutions, Inc.***


Taylre Claudette Octav Janak
tjanak@reedsmith.com
Reed Smith LLP
2850 N. Harwood Street, Ste 1500
Dallas, TX 75201
(469) 680-4248
***Counsel for Wells Fargo Bank, National Association***


*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**

2