UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SARAH JESSICA ROMERO,                      §
                                           §
              Plaintiff,                    §
                                           §
v.                                         §          SA-26-CV-2156-FB (HJB)
                                           §
EQUIFAX INFORMATION SERVICES,              §
LLC; EXPERIAN INFORMATION                  §
SOLUTIONS, INC.; TRANS UNION,              §
LLC; and WELLS FARGO BANK,                 §
NATIONAL ASSOCIATION,                      §
                                           §
              Defendants.                   §

### CONSENT ADVISORY TO THE CLERK OF COURT

The undersigned party in the above captioned case elects as follows (please select only one of the following options):



☐ <u>I Consent to Proceed Before A United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636.</u>  The undersigned party in the above captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment.  Any appeal must be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☑ <u>I Do Not Consent to Proceed Before A United States Magistrate Judge</u>.  The undersigned party in the above captioned case elects not to have this case decided by a United States Magistrate Judge and prefers that this case proceed before the District Judge.

Plaintiff Sarah Jessica Romero        Dated:  July 2     , 2026  .
Party Name (Printed)

By:    */s/ Hans W. Lodge*
Signature of Attorney or *Pro Se* Party

1

## CERTIFICATE OF SERVICE

I, Hans W. Lodge, hereby certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF systems, which will automatically send notification of such filing to all counsel of record.

*/s/ Hans W. Lodge*
Hans W. Lodge