UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SARAH JESSICA ROMERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-26-CV-2156-FB (HJB) |
| | § | |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC; EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC.; TRANS UNION, | § | |
| LLC; and WELLS FARGO BANK, | § | |
| NATIONAL ASSOCIATION, | § | |
| | § | |
| Defendants. | § | |

**CONSENT ADVISORY TO THE CLERK OF COURT**

The undersigned party in the above captioned case elects as follows (please select only one of the following options):

☐ <u>I Consent to Proceed Before A United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636.</u>  The undersigned party in the above captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment.  Any appeal must be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☒ <u>I Do Not Consent to Proceed Before A United States Magistrate Judge.</u>  The undersigned party in the above captioned case elects not to have this case decided by a United States Magistrate Judge and prefers that this case proceed before the District Judge.

Experian Information Solutions, Inc.
_____          Dated:  __July 2____, 202 6 .
Party Name (Printed)

By: _/s/ Samantha Jandl_____
Signature of Attorney or *Pro Se* Party

9