**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SARAH JESSICA ROMERO, | § § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 5:26-cv-02156-FB-HJB |
| EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; AND WELLS FARGO BANK, NATIONAL ASSOCIATION, | § § § § § § § | |
| Defendants. | § § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT, Liliana V. Sánchez, an attorney with the law firm SEYFARTH SHAW LLP, hereby enters her appearance as attorney for Defendant Equifax Information Services LLC, in the above captioned matter and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon her.

DATED:  July 7, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Liliana V. Sánchez*
       Liliana V. Sánchez, Bar No. 24104362
       lvsanchez@seyfarth.com
       SEYFARTH SHAW LLP
       2323 Ross Avenue, Suite 1660
       Dallas, Texas  75201
       Telephone:  (469) 608-6758

*Counsel for Defendant
Equifax Information Services LLC*

326789017v.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Liliana V. Sánchez
Liliana V. Sánchez
*Counsel for Defendant*
*Equifax Information Services LLC*

326789017v.1